## STATE OF CONNECTICUT *v.* DARREN J. KELLEY
### (AC 15879)

Foti, Schaller and Healey, Js.

Argued November 4—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JAMES M. STERBINSKY
### (AC 15934)

Lavery, Hennessy and Dupont, Js.

Argued November 7—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## BREINA SCHAIN *v.* BLUE CROSS/BLUE SHIELD OF CONNECTICUT, INC.
### (AC 16647)

Lavery, Hennessy and Dupont, Js.

Argued November 7—officially released December 2, 1997

Per Curiam. The judgment is affirmed.